JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN ENTZEL, et al.,<br><br>    Respondents. | Case No. 5:17-cv-02158-JFW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of the U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 29, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE